UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


RICHARD THOMPSON and
RONALD JORDAN,

       Plaintiffs,

v.                                Case No. 2:04-cv-204
                                    HON. ROBERT HOLMES BELL

PATRICIA CARUSO,

       Defendant.

_____/


## OPINION

       This is a civil rights action brought by two state prisoners pursuant to 42 U.S.C. § 1983.  On September 7, 2005, this court entered a judgment dismissing plaintiffs' claims. Thereafter, defendant filed a motion to tax costs against plaintiffs in the amount of $50.00.  On September 30, 2005, this court issued an order requiring plaintiffs to file a response to defendant's motion.  Plaintiffs filed a response on October 12, 2005.

       The court finds that defendant's costs, including those sought under 28 U.S.C. § 1923(a), are authorized by statute and reasonable in nature and amount.  *See Meador-Bey v. Jones*, No. 92-2379, 1993 WL 76228, at *1 (6th Cir.), *cert. denied*, 509 U.S. 913 (1993); *Berryman v. Epp*, 884 F. Supp. 242, 244-45 (E.D. Mich. 1995).  Costs in the amount of $50.00 are therefore approved.

       The Prison Litigation Reform Act, Pub. L. No. 104-134 (1996), removes the court's discretion to order relief from taxed costs on the basis of a prisoner's indigence.  Under the Act, costs should generally be awarded regardless of whether the inmate is indigent.  *See* 28 U.S.C. § 1915(f)(2)(A); *Singleton v. Smith*, 241 F.3d 534, 539-40 (6th Cir. 2001).  Defendant is entitled to

an award of costs totaling $50.00.  Each plaintiff is responsible for one-half of defendant's costs, or $25.00.

Plaintiff Thompson

Defendant filed a certificate establishing plaintiff Thompson's prison account activity. Plaintiff's current account balance is $5,851.62.  Plaintiff is capable of immediately paying his portion of defendant's costs in full.  Plaintiff shall make an immediate payment to the Michigan Attorney General's Office in the amount of $25.00.

Plaintiff Jordan

Defendant filed a certificate establishing plaintiff Jordan's prison account activity. Plaintiff's current account balance is $901.57.  Plaintiff is capable of immediately paying his portion of defendant's costs in full.  Plaintiff shall make an immediate payment to the Michigan Attorney General's Office in the amount of $25.00.

Date:   November 10, 2005          /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT  JUDGE